UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33814 |
|---|---|
| JOSEPH E. BROOKS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 13 | RESPIRATORY SUPPORT SERVICES<br>COURTHOUSE SQUARE<br>BYRDSTOWN, TN  38549 | 210.72 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/17/2011

Certificate of Service                07-33814

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOSEPH E. BROOKS
185 OVERLOOK VALLEY DRIVE
ALTO, GA  30510

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(16.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(13.1)
RESPIRATORY SUPPORT SERVICES
COURTHOUSE SQUARE
BYRDSTOWN, TN  38549

    Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____  sv